THOMAS E. MCGRATH
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: mcgratht@litchfieldcavo.com
Email: Xara@LitchfieldCavo.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASLYN COSEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL ROAD TIC I LLC; TIC MANAGER LLC; GREP GENERAL PARTNER, LLC; GREYSTAR MANAGEMENT SERVICES, LP; GREYSTAR RS SW, LLC; GREYSTAR REAL ESTATE PARTNERS, LLC; and DOES I through XX, inclusive,<br><br>Defendants. | Case No.:  2:25-cv-02069-JAD-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 11)**<br><br>**(First Request)**<br><br><br>[ECF No. 18] |

Defendants Russell Road TIC I LLC; TIC Manager LLC; GREP General Partner, LLC; Greystar Management Services, LP; Greystar RS SW, LLC; and Greystar Real Estate Partners, LLC (collectively, "Defendants") and Plaintiff Jaslyn Cosey ("Plaintiff") hereby stipulate and agree to extend the date for Defendants to file their reply in support of their Motion to Dismiss the Complaint. **ECF No. 11**.

Defendants' reply is currently due on November 27, 2025. In light of the intervening Thanksgiving holiday period and defense counsel's office closure for the Nevada Family Day state holiday on Friday, November 28, 2025, the parties agree that the deadline for Defendants to file their reply shall be extended to December 1, 2025.

1

This is the first request for an extension of this particular deadline. The request is made in good faith and for good cause.

Dated: November 25, 2025.        **LITCHFIELD CAVO LLP**

By: _____
THOMAS E. MCGRATH
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: mcgratht@litchfieldcavo.com
Email: Xara@LitchfieldCavo.com
*Attorneys for Defendants*

Dated: November 25, 2025.        **PAUL PADDA LAW, PLLC**

By:  /s/ Ravi Chanderraj
PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
RAVI CHANDERRAJ, ESQ.
Nevada Bar No. 17053
4560 S. Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Telephone: (702) 366-1888
Facsimile: (702) 366-1940
Email: psp@paulpaddalaw.com
Email: rchanderraj@paulpaddalaw.com

### ORDER

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that defendants' reply to the motion to dismiss is due on **December 1, 2025.**

_____
United States District Judge

Dated: November 25, 2025